**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN ECONOMIC LIBERTIES PROJECT,<br>    1100 H Street NW, Suite 840<br>    Washington, DC 20005,<br><br>                Plaintiff,<br><br>            v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br>    1401 Constitution Avenue NW<br>    Washington, DC 20230,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26-14 |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

1.    Plaintiff American Economic Liberties Project (AELP) brings this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to compel Defendant U.S. Department of Commerce (DOC) to produce records responsive to a FOIA request submitted by AELP regarding the schedule of Commerce Secretary Howard Lutnick from February 21, 2025, to September 8, 2025.

**JURISDICTION AND VENUE**

2.    This Court has jurisdiction under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B). Venue is proper under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

**PARTIES**

3.    Plaintiff AELP is a nonprofit, public-interest organization. AELP submitted the FOIA request at issue in this action.

4.    Defendant DOC is an agency of the United States for the purposes of FOIA. DOC has possession of and control over the records that Plaintiff seeks.

**STATEMENT OF FACTS**

5.     On September 8, 2025, AELP submitted a FOIA request to DOC regarding the schedule of Commerce Secretary Howard Lutnick from February 21, 2025, to September 8, 2025.

6.     AELP's FOIA request sought documents containing "[t]he schedule of Commerce Secretary Howard Lutnick from February 21, 2025, when Lutnick was sworn in as Commerce Secretary, to September 8, 2025, the day this FOIA request was submitted." It further specified that any copy of the schedule should include "the full information regarding attendees for each meeting and location of each activity or meeting for the pages covering each of the requested dates."

7.     In its request, AELP sought a full waiver of fees and explained in support that disclosure of the requested information would be in the public interest and not for commercial use.

8.     DOC acknowledged receipt of AELP's request on September 8, 2025, in a letter attached by email, and assigned the request a tracking number of DOC-IOS-2025-001840.

9.     In the letter acknowledging receipt, DOC stated that it would not be able to respond within the statutorily required 20 business days due to "unusual circumstances," citing 5 U.S.C. § 552(a)(6)(B)(i)–(iii). According to DOC, the "unusual circumstances" in question included "the need to search for and collect the requested records … from field facilities or other establishments that are separate from this Office." DOC also advised that it would make a determination regarding AELP's fee waiver request "at a later date."

10.     As for the records, DOC asked to narrow AELP's FOIA request to cover only "a copy of the Secretary's Daily Calendars without the level of detailed information about each meeting." DOC stated that AELP could "always ask for specific information at a later time" based on the released version of the Secretary's Daily Calendars.

11.     On September 8, 2025, AELP responded by email, rejecting DOC's proposal to modify its FOIA request. AELP explained that it "need[ed] to know the names of the organizations and individuals with whom Secretary Lutnick is meeting," as indicated in the original request, and that it was therefore "not acceptable to include only general information (e.g., meeting with businesses or meeting with Treasury Department employees)." AELP additionally inquired as to DOC's expected timeline for processing the request, if not within 20 business days.

12.     On September 15, 2025, DOC replied, writing that it had made a "note regarding the full detailed calendars." DOC then provided an estimated completion date for the records production of June 28, 2028—almost three years after the date of the request.

13.     AELP addressed DOC's expected timeline in an email on October 24, 2025, explaining to the agency that an estimated completion date of June 28, 2028, was absurd and contrary to law. AELP stated that its request sought "one size- and time-limited document" located within the agency's Washington, DC headquarters and asked to discuss whether there was a version of this information that DOC could provide "in a reasonable and timely manner."

14.     On October 27, 2025, DOC replied to AELP's email, stating only that the June 28, 2028, date was "an estimate," and that it was "still actively processing [AELP's] request." DOC has not responded since, and it has not made a final determination or production of records in response to AELP's FOIA request.

15.     More than 20 business days have passed since AELP submitted its FOIA request, and more than 20 business days have passed since AELP responded to DOC's last correspondence.

**CLAIM FOR RELIEF**

16.     AELP has a right under FOIA, 5 U.S.C. § 552, to the records responsive to its FOIA request and to a public-interest fee waiver.

17.      There is no legal basis for DOC's failure to produce the responsive records.

**PRAYER FOR RELIEF**

WHEREFORE, AELP requests that this Court:

(1) Declare that DOC's failure to provide the records responsive to AELP's FOIA request

is unlawful;

(2) Order DOC to make the requested records available to AELP at no cost and without

delay;

(3) Award AELP its costs and reasonable attorneys' fees under 5 U.S.C.§ 552(a)(4)(E); and

(4) Grant such other relief as this Court may deem just and proper.

Dated: January 5, 2026                           Respectfully submitted,

                                                 /s/ Adina H. Rosenbaum
                                                 Adina H. Rosenbaum
                                                 (DC Bar No. 490928)
                                                 Public Citizen Litigation Group
                                                 1600 20th Street NW
                                                 Washington, DC 20009
                                                 (202) 588-1000